DOVER BOILER WORKS, APPELLANT, v. CARRIE PAYN-
TER, RESPONDENT.

Argued February 3, 1937—Decided April 30, 1937.

For the appellant, *Merritt Lane.*

For the respondent, *Cox & Walburg.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-CHARD, PARKER, LLOYD, CASE, DONGES, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 14.

*For reversal*—None.